
SEALED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.    CONSTANTIN DENIS HORNEA,
a/k/a "Florin Mitroi,"
a/k/a "Faby Fabritio,"
a/k/a "Ludy Ludemis,"
2.    MARIA LAZAR,
a/k/a "Ludy Ludemis,"
3.    LUDEMIS HORNEA,
a/k/a "Antonio Scapescia,"
a/k/a "Dobrin Cristiano,"
a/k/a "Ludy Ludemis,"
a/k/a "Maitre Gims,"
4.    CLAUDIU COSMIN FLOREA,
a/k/a "Claudio Mihaela Florea,"
a/k/a "Cosmin Florea,"
a/k/a "Claudio Florea,"
5.    ION BONCULESCU,
a/k/a "Ionut Bonculescu,"
a/k/a "Nutu Popescu,"
a/k/a "Francezu Mustafa,"
a/k/a "Francezu Yonuz,"
a/k/a "Al Pacino Montana,"
a/k/a "Andrei Comanescu,"
6.    DENISA BONCULESCU
a/k/a "Denise Bonculescu,"
a/k/a "Sanel Coco Sanel Sanel,"
7.    NICUSOR BONCULESCU,
a/k/a "Vincenzo Ramos,"
a/k/a "Vicenzo Vicenzo,"
a/k/a "Vicenzo Richmond,"
8.    ION VADUVA,
a/k/a "Kent Multikentus,"
a/k/a "Gygy Kent,"
9.    FLORINEL VADUVA,
a/k/a "Ezel Alyyah,"
a/k/a "Florin Kalam,"
a/k/a "Florin Unicatu,"
a/k/a "Venianim Veny Vaduva,"
a/k/a "Vanianim Vaga Veny,"
10.    ANAMARIA MARGEL,
a/k/a "Ana Maria Margel,"
a/k/a "Malina Ana Vulpe,"

Case No. 17-CR-10138

a/k/a "Fituasa si Anbituasa,"
a/k/a "Eliza Si Erico,"
11.  DRAGUSH NELO HORNEA,
a/k/a "Dragos Hornea,"
12.  FLORIN HORNEA,
a/k/a "Nicusor Bonculescu,"
13.  NEMANJA MILOSAVLJEVIC,
a/k/a "Micheal Boss,"
a/k/a "Daniel Mutu,"
a/k/a "Ion Stan,"
14.  ION TRIFU,
a/k/a "Birgazon Jakk,"
a/k/a "Birgazon Jak,"
a/k/a "Birgu Boss,"
a/k/a "Birgazon Brg,"
a/k/a "Ianis Alesio,"

Defendant.

## GOVERNMENT'S LOCAL RULE 112.4(B) ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the companies listed below as organizational victims, parent companies of victims, or publicly held corporations that own 10% or more of victim companies, of the crimes alleged in the above-captioned indictment:

- Bank of America

- Citizens Bank

- First Citizens Bank

- SunTrust Bank

- Wells Fargo

2

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: /s/ Timothy E. Moran
Timothy E. Moran
Assistant U.S. Attorney

Dated: May 24, 2017